COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Kevin John Herne v. Megan Majorie Herne

Appellate case number:   01-21-00291-CV

Trial court case number: 2020-27857

Trial court:             280th District Court of Harris County

The record in this appeal was due on June 29, 2021. The clerk's record was filed on September 1, 2021, but the reporter's record has not been filed. On July 2, 2021, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal informed the Court that the record had not been filed because appellant either (1) failed to request the reporter's record or (2) had not made arrangements to pay for the record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless he caused the reporter's record to be filed in this Court, made arrangements to pay for the reporter's record, or provided proof that he is entitled to proceed without payment of costs by August 2, 2021, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). On September 1, 2021, appellant filed a notice with the Court averring that appellant subsequently requested the reporter's record. However, to date, a reporter's record still has not been filed.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*. Appellant's brief is ORDERED to be filed within **30 days of the date of this order**. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: ___/s/ Gordon Goodman_____
                                    Acting individually


Date: _____June 16, 2022_____